IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGIO RODRIQUEZ SCOTT**                                                                          **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 2:19-cv-123-TBM-MTP**

**FORREST COUNTY, MISSISSIPPI**                                                  **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [96] entered by United States Magistrate Judge Michael T. Parker on August 8, 2022. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED the Plaintiff's claims are DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 6th day of September, 2022.

                                                              TAYLOR B. McNEEL
                                                     UNITED STATES DISTRICT JUDGE